UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION

CASE NO.:

JOSEPH H. PAUL,

    Plaintiff,

v.

BEACH HOUSE HOTEL, LLC
Florida Limited Liability Company d/b/a
GRAND BEACH HOTEL SURFSIDE

    Defendant,
_____/

TO:    THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF FLORIDA

    Defendant, Beach House Hotel, LLC Florida Limited Liability Company d/b/a Grand Beach Hotel Surfside ("Defendant"), by its attorneys, Miller Tack & Madson, pursuant to 28 U.S.C. §§ 1441(a) and 1446, removes this action styled "Joseph H. Paul v. Beach House Hotel, LLC Florida Limited Liability Company d/b/a Grand Beach Hotel Surfside" designated Case No. 2016-023708 CA-01, from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, in which the action is now pending, to the United States District Court for the Southern District of Florida. Pursuant to 28 U.S.C. § 1446, in support of this removal Defendant states as follows:

    1.    The Complaint in this action was filed in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, and served upon Defendant on September 22,

2016, by serving its registered agent. A copy of the Summons and Complaint are attached as composite **Exhibit A**.

2. This is a civil action in which the District Courts of the United States have original jurisdiction, in that this action alleges violations of 42 U.S.C. §1981 et seq. Thus, the suit raises a federal question, and there is original jurisdiction in the District Court of the United States as provided in 28 U.S.C. § 1331.

3. Under the provisions of 28 U.S.C. § 1441(a), the right exists to remove this action from the Circuit Court of the State of Florida, in and for Miami-Dade County to the United States District Court for the Southern District of Florida, Miami Division, which embraces the place where this action is pending.

4. This Notice of Removal is filed within thirty (30) days after service of the complaint on Defendant which occurred September 22, 2016.

5. A Notice to State Court of Filing Notice of Removal will be filed in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida in accordance with 28 U.S.C. § 1446(d). (See **Exhibit B** attached).

6. Based upon information and belief, only the Summons and Complaint have been filed in the state court civil action.

WHEREFORE, for the above-stated reasons, Defendant prays that Civil Action No. 2016-023708 CA-01, now pending in the Circuit Court of the State of Florida, 11th Judicial Circuit, in and for Miami-Dade County, be removed to this Federal Court.

Respectfully submitted this 13th day of October, 2016.

        /s/ Lorraine Maass Hultman
LORRAINE MAASS HULTMAN, ESQ.
Florida Bar Number: 250511
NIKHIL JOSHI, ESQ.
Florida Bar Number: 123803
ATTORNEYS FOR DEFENDANT
Of Counsel, Miller Tack & Madson
2055 Wood Street, Suite 208
Sarasota, FL 34237
Telephone: (941) 953-2828
Fax:        (941) 953-3018
E-mail:  lhultman@hsjlawfirm.com
         Lori@peolawyers.net
         Nik@peolawyers.net
         emeyer@hsjlawfirm.com
         Elisabeth@peolawyers.net

## CERTIFICATE OF SERVICE

I, Lorraine Maass Hultman, HEREBY CERTIFY that a true and correct copy of the foregoing and attached has been filed electronically using the Court's CM/ECF System and that copies of the same have been served via E-mail on this 13th day of October, 2016, to Plaintiff's counsel Jason S. Remer, Esq. jremer@rgpattorneys.com and Brody M. Shulman, Esq. bshulman@rgpattorneys.com.

        /s/ Lorraine Maass Hultman

        Lorraine Maass Hultman